*(Attorney list on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re Bank of America Corp. Auction Rate Securities Marketing Litigation

This Document Relates to:
*Aeroflex Incorporated v. Bank of America Corp.*
No. 3:09-cv-05245 (JSW)

MDL No. 09-2014

**STIPULATION AND ~~[PROPOSED]~~ SCHEDULING ORDER**

Hon. Jeffrey S. White

Plaintiff Aeroflex Incorporated ("Aeroflex") and Defendants Bank of America Corporation, Banc of America Investment Services, Inc., and Banc of America Securities LLC (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Aeroflex originally filed its complaint against Defendants in the U.S. District Court for the Eastern District of New York on June 12, 2009 (the "Aeroflex Action");

**WHEREAS,** on July 10, 2009, that court so ordered a stipulation under which (i) Defendants' time to move, answer, or otherwise respond to the complaint was extended until the Judicial Panel on Multidistrict Litigation ("JPML") determined the appropriate venue for pre-trial proceedings; and (ii) upon the JPML's determination, the parties would submit a proposed schedule to the appropriate court regarding Defendants' time to move, answer, or otherwise respond to the complaint;

**WHEREAS,** on October 7, 2009, the JPML issued an order transferring Aeroflex Action to this Court;

**WHEREAS,** this Court received the case on November 10, 2009;

**WHEREAS,** the parties agree that Defendants need not move, answer, or otherwise respond to the present complaint if Aeroflex will be filing an amended complaint;

**NOW, THEREFORE,** the parties agree, subject to this Court's approval, to the following schedule:

1) Plaintiff, having notified the defendants of its intent to do so, shall file and serve its amended complaint no later than December 30, 2009;

2) Defendants shall move, answer, or otherwise respond to the amended complaint within 45 days after its filing but in no event sooner than January 15, 2010; and

a) Should Defendants file a motion to dismiss the amended complaint, Plaintiff shall file any opposition within 45 days after the motion's filing but in no event sooner than March 3, 2010; and

b) Defendants shall file any reply within 28 days after the filing of Plaintiff's opposition.

3) Should Plaintiff not file an amended complaint by December 30, 2009, then Defendants shall move, answer, or otherwise respond to the complaint by February 12 , 2010; and

a) Should Defendants file a motion to dismiss the complaint, Plaintiff shall file any opposition by March 31, 2010; and

b) Defendants shall file any reply by April 28, 2010 .

Dated: November 19, 2009

**MOOMJIAN, WAITE, WACTLAR & COLEMAN, LLP**

By: ______________________
Edward S. Wactlar, ewactlar@mwwcllp.com
Lonnie Coleman, lcoleman@mwwcllp.com
Jill Braunstein, jbraunstein@mwwcllp.com
Lisa Dvoskin, ldvoskin@mwwcllp.com
100 Jericho Quadrangle, Suite 225
Jericho, New York 11753
Tel: (516) 937-5900

**O'MELVENY & MYERS LLP**

By: ______________________
Jonathan Rosenberg, jrosenberg@omm.com
B. Andrew Bednark, abednark@omm.com
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Robert Stern, rstern@omm.com
1625 Eye Street NW
Washington, DC 20006

FREELAND COOPER & FOREMAN LLP

By: [signature]
Stewart H. Foreman,
foreman@freelandlaw.com
150 Spear Street, Suite 1800
San Francisco, California 94105
Tel: (415) 541-0200
Fax: (415) 495-4332

*Attorneys for Plaintiff Aeroflex Incorporated*

Tel: (202) 383-5300
Fax: (202) 383-5414

Debra S. Belaga, dbelaga@omm.com
Aaron M. Rofkahr, arofkahr@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Tel: (415) 984-8700
Fax: (415) 984-8701

*Attorneys for Defendants*

**~~[PROPOSED]~~ ORDER**

Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that:

1) Plaintiff, having notified the defendants of its intent to do so, shall file and serve its amended complaint no later than December 30, 2009;

2) Defendants shall move, answer, or otherwise respond to the amended complaint within 45 days after its filing, but in no event sooner than January 15, 2010; and

a) Should Defendants file a motion to dismiss the amended complaint, Plaintiff shall file any opposition within 45 days after the motion's filing but in no event sooner than March 3, 2010; and

b) Defendants shall file any reply within 28 days after the filing of Plaintiff's opposition.

3) Should Plaintiff not file an amended complaint by December 30, 2009, then Defendants shall move, answer, or otherwise respond to the complaint by February 12, 2010; and

a) Should Defendants file a motion to dismiss the complaint, Plaintiff shall file any opposition by March 31, 2010; and

b) Defendants shall file any reply by April 28, 2010.

**IT IS SO ORDERED.**

DATED: November 30, 2009

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

If Defendants file a motion to dismiss, the motion shall be noticed for hearing not less than three (3) weeks after the reply briefs are due and on a date on this Court's calendar that is open to terminal digits 1 and 2.