*(Attorney list on signature page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation:<br><br>AEROFLEX INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANC OF AMERICA SECURITIES LLC,<br><br>Defendants. | MDL No. 09-2014<br><br>This Document Relates to:<br><br>Case No. C09-05245 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS**<br><br>Judge: Jeffrey S. White |

Plaintiff Aeroflex Incorporated and Defendants Bank of America Corporation and Banc of America Securities LLC (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed a First Amended Complaint for Violation of Federal Securities Laws, Fraud, and Rescission ("FAC") on December 28, 2009;

**WHEREAS**, the FAC asserts federal securities-fraud and common-law claims related to auction-rate securities ("ARS"), financial instruments that pay interest at rates set at periodic auctions;

**WHEREAS**, the FAC alleges that Defendants engaged in a comprehensive scheme to defraud Plaintiff by (i) manipulating the market for ARS in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a) and (c), and (ii) failing to disclose material facts about ARS, which constituted common-law fraud;

**WHEREAS**, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' opening brief and Plaintiff's opposition brief on Defendants' motion to dismiss, but that the page

1  limit for Defendants' reply brief shall remain 15 pages.

2  **IT IS THEREFORE STIPULATED AND AGREED,** by and between Plaintiff and

3  Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

4  1. Defendants' memorandum of law in support of their motion to dismiss shall not

5  exceed 25 pages; and

6  2. Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss

7  shall not exceed 25 pages.

Dated: February 8, 2010

| O'MELVENY & MYERS LLP | FREELAND COOPER & FOREMAN LLP |
|---|---|
| By: /s/ Jonathan Rosenberg | By: /s/ Stewart H. Foreman |
| Jonathan Rosenberg, jrosenberg@omm.com | Stewart H. Foreman, foreman@freelandlaw.com |
| B. Andrew Bednark, abednark@omm.com | Daniel T. Bernhard, bernhard@freelandlaw.com |
| 7 Times Square | 150 Spear Street, Suite 1800 |
| New York, New York 10036 | San Francisco, California 94105 |
| Tel: (212) 326-2000 | Telephone: (415) 541-0200 |
| Fax: (212) 326-2061 | Facsimile: (415) 495-4332 |
| Robert Stern, rstern@omm.com | MOOMJIAN, WAITE, WACTLAR & COLEMAN, LLP |
| 1625 Eye Street NW | |
| Washington, DC 20006 | Edward S. Wactlar, ewactlar@mwwcllp.com |
| Tel: (202) 383-5300 | Jill T. Braunstein, jbraunstein@mwwcllp.com |
| Fax: (202) 383-5414 | 100 Jericho Quadrangle, Suite 225 |
| | Jericho, New York 11753 |
| Debra S. Belaga, dbelaga@omm.com | Telephone: (516) 937-5900 |
| Aaron M. Rofkahr, arofkahr@omm.com | Facsimile: (516) 937-5050 |
| Two Embarcadero Center, 28th Floor | |
| San Francisco, California 94111 | *Attorneys for Plaintiff* |
| Tel: (415) 984-8700 | |
| Fax: (415) 984-8701 | |
| *Attorneys for Defendants* | |

1 **[PROPOSED] ORDER**

2 Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits
3 for the motion-to-dismiss briefing in this matter shall be:

4 Defendants' motion to dismiss: 25 pages

5 Plaintiff's opposition to Defendants' motion to dismiss: 25 pages

6

7 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

8

9 Date: February 9, 2010        _____
10                               The Honorable Jeffrey S. White
                                 United States District Judge