(*Attorney list on signature page*)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE Bank of America Corp. Auction Rate Securities Marketing Litigation: <br><br> AEROFLEX INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION and BANC OF AMERICA SECURITIES LLC, <br><br> Defendants. | MDL No. 09-2014 <br><br> This Document Relates to: <br><br> Case No. C09-05245 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS ESTABLISHED BY THE COURT'S CIVIL STANDING ORDERS** <br><br> Judge: Jeffrey S. White |

Plaintiff Aeroflex Incorporated and Defendants Bank of America Corporation and Banc of America Securities LLC (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed a First Amended Complaint for Violation of Federal Securities Laws, Fraud, and Rescission ("FAC") on December 28, 2009;

**WHEREAS**, the FAC asserts federal securities-fraud and common-law claims related to auction-rate securities ("ARS"), financial instruments that pay interest at rates set at periodic auctions;

**WHEREAS**, the FAC alleges that Defendants engaged in a comprehensive scheme to defraud Plaintiff by (i) manipulating the market for ARS in violation of Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5(a) and (c), and (ii) failing to disclose material facts about ARS, which constituted common-law fraud;

**WHEREAS**, the parties agree that the FAC's scope and complexity warrant a modest increase in the page limits imposed by this Court's Civil Standing Orders for Defendants' opening brief and Plaintiff's opposition brief on Defendants' motion to dismiss, but that the page

limit for Defendants' reply brief shall remain 15 pages.

**IT IS THEREFORE STIPULATED AND AGREED,** by and between Plaintiff and Defendants, acting through their respective counsel, subject to this Court's approval, as follows:

1. Defendants' memorandum of law in support of their motion to dismiss shall not exceed 25 pages; and

2. Plaintiff's memorandum of law in opposition to Defendants' motion to dismiss shall not exceed 25 pages.

Dated: February 8, 2010

| | |
|---|---|
| O'MELVENY & MYERS LLP | FREELAND COOPER & FOREMAN LLP |
| By: /s/ Jonathan Rosenberg | By: /s/ Stewart H. Foreman |
| Jonathan Rosenberg, jrosenberg@omm.com | Stewart H. Foreman, foreman@freelandlaw.com |
| B. Andrew Bednark, abednark@omm.com | Daniel T. Bernhard, bernhard@freelandlaw.com |
| 7 Times Square | 150 Spear Street, Suite 1800 |
| New York, New York 10036 | San Francisco, California 94105 |
| Tel: (212) 326-2000 | Telephone: (415) 541-0200 |
| Fax: (212) 326-2061 | Facsimile: (415) 495-4332 |
| Robert Stern, rstern@omm.com | MOOMJIAN, WAITE, WACTLAR & COLEMAN, LLP |
| 1625 Eye Street NW | |
| Washington, DC 20006 | Edward S. Wactlar, ewactlar@mwwcllp.com |
| Tel: (202) 383-5300 | Jill T. Braunstein, jbraunstein@mwwcllp.com |
| Fax: (202) 383-5414 | 100 Jericho Quadrangle, Suite 225 |
| | Jericho, New York 11753 |
| Debra S. Belaga, dbelaga@omm.com | Telephone: (516) 937-5900 |
| Aaron M. Rofkahr, arofkahr@omm.com | Facsimile: (516) 937-5050 |
| Two Embarcadero Center, 28th Floor | |
| San Francisco, California 94111 | *Attorneys for Plaintiff* |
| Tel: (415) 984-8700 | |
| Fax: (415) 984-8701 | |
| *Attorneys for Defendants* | |

1 **[PROPOSED] ORDER**

2 Having reviewed the above stipulation, **IT IS HEREBY ORDERED** that the page limits

3 for the motion-to-dismiss briefing in this matter shall be:

4     Defendants' motion to dismiss:     25 pages

5     Plaintiff's opposition to Defendants' motion to dismiss:     25 pages

6

7     **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

8

9 Date: February 9 , 2010     _/s/ Jeffrey S. White_

10     The Honorable Jeffrey S. White
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28